IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLIE JOE CHAPMAN, | 8:17CV176 |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| DOUGLAS COUNTY COURTS/COUNTY AND DISTRICT OF NEBRASKA, | |
| Defendant. | |

On May 26, 2017, the court ordered Plaintiff to either show cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(g) or pay the court's $400.00 filing and administrative fees by June 26, 2017 (Filing No. 5). To date, Plaintiff has not made the required showing or paid the required fees.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

DATED this 14th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge